**THIS ORDER IS APPROVED.**



**Dated: January 11, 2006**



**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

GRANTED

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MILIVOJ MARINKOVIC | ) | No. 4-02-bk-00378-JMM |
| Debtor. | ) | Adversary No. 4-05-ap-00182-JMM |
| MEL M. MARIN and MILIVOJ MARINKOVIC, | ) | **MEMORANDUM DECISION** |
| Plaintiffs, | ) | (Opinion to Post) |
| vs. | ) | |
| THE CITY OF UTICA NY, et al., | ) | |
| Defendants. | ) | |

On December 23, 2005, the Plaintiffs moved to extend the four-month period required by FED. R. CIV. P. 4 (m) (incorporated as FED. R. BANKR. P. 7004(a)(1)) to serve their complaint upon certain defendants. A review of the court's file discloses that the complaint was filed on May 12, 2005.

An affidavit of service, filed on May 12, disclosed service by mail upon only two defendants, Nigara Mohawk and the New York Public Service Commission (Dkt. 4). An amended complaint was filed on September 12, 2005 (Dkt. 24). It was only served on Nigara Mohawk and New York Public Service Commission (Dkt. 26).

h:\wp\orders\

A certificate of service was filed on October 26, 2005 (Dkt. 35), showing service by mail upon:

Mohawk Regional Water Board

City of Utica, NY

John Dillon

Timothy J. Julian

Timothy P. Doyce

Harry Scaramella

The court finds inadequate excuse to extend the abatement period of FED. R. BANKR. P. 7004. This is because service of an adversary complaint in a bankruptcy case is extremely easy. The Plaintiffs have had eight months to do so--double the allocated time allowed by the Rule.

Accordingly the court will enter orders which:

1. DENY the Plaintiffs' motion to extend service of the adversary complaint; and

2. DISMISS the following unserved Defendants from the action:

William Grossman

Pat Madigan

Mohawk Regional Water Board

Midland Loan Services

J.P. Morgan Holding Company dba La Salle Bank

Steven M. Cox

The Law Firm of Waterfall Economides (sic)

Jeffrey Solomon

Steinburg, Fineo Law Firm

Dean Bell, individually and dba Magnolia Bearcat

Eric Sparks



Case 4:05-ap-00182-JMM Doc 59 Filed 01/11/06 Entered 01/11/06 09:59:39 Desc Main Document Page 2 of 3

GRANTED

DATED AND SIGNED ABOVE.

COPIES served as indicated below the day of January, 2006, upon:

Milivoj Marinkovic
808 Oswego
Utica, NY 13502
U.S. Mail

Mel M. Marin
Box 2675
Vista, CA 92085
U.S. Mail

Catherine M Hedgeman
50 Beaver Street
Albany, NY 12207-2830
U.S. Mail

John L Favreau
NYS Department of Public Service
3 Empire State Plaza
Albany, NY 12223
U.S. Mail

Scott D. Gan
Mesch, Clark & Rothschild, P.C.
259 N. Meyer Ave.
Tucson, AZ 85701
Email ecfbk@mcrazlaw.com

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
U.S. Mail

By /s/ M.B. Thompson
Judicial Assistant

GRANTED